# MICHAEL H. SPORN

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

mhsporn@gmail.com

FACSIMILE
(212) 791-3047

June 2, 2020

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Leyvi Castillo
    Ind. No. 18 Cr. 879 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for June 17, 2020 be adjourned to a date in September that may be convenient to the Court. The reasons for this request are to allow the parties to make timely sentencing submissions, and to fix a date that might enable the proceedings to convene at the courthouse. Mr. Castillo is not in custody. The government consents. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Ni Qian/Daniel Nessim, Esqs.

Application granted. The sentencing is adjourned to September 17, 2020, at 3:30 p.m. Defense submissions are due by September 3, the government submissions are due by September 10.

Dated:  New York, New York
        June 2, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.