**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

September 3, 2020

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Leyvi Castillo
Ind. No. 18 Cr. 879 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for September 17, 2020 be adjourned to a date in November that may be convenient to the Court. The overriding reason for this request is the hope that by November, the parties have a realistic opportunity to convene at the courthouse. Mr. Castillo is not in custody. The government consents. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Daniel Nessim, Esq.

**The sentencing is adjourned to November 18, 2020, at 2:30 p.m. Defense submissions are due by November 4, the government's submissions are due by November 11.**

**Dated: New York, New York**
**September 3, 2020**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.