**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

mhsporn@gmail.com

FACSIMILE
(212) 791-3047

November 4, 2020

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Leyvi Castillo
Ind. No. 18 Cr. 879 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for November 18, 2020 be adjourned to a date in January that may be convenient to the Court. Mr. Castillo is not in custody. With the recent uptick in COVID cases, physically convening at the courthouse continues to be a concern. An adjournment also will provide an opportunity for Mr. Castillo to file amended returns pursuant to our plea agreement. The government consents to this request. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Daniel Nessim, Esq.

**The sentencing is adjourned to January 21, 2021, at 2:30 p.m. The defense submissions are due by January 4, 2021, the government submissions are due by January 11, 2021.**

Dated:  New York, New York
        November 4, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.