**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

**MEMO ENDORSED**

January 11, 2021

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Leyvi Castillo
Ind. No. 18 Cr. 879 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for January 21, 2021 be adjourned to a date in mid-March that may be convenient to the Court. Mr. Castillo is not in custody. As your Honor is aware the courthouse continues to be closed through mid-February pursuant to the First Amended Order of the Chief Judge dated January 5, 2021 resulting from the continuing epidemic. Mr. Castillo should be able to physically appear in court for this important proceeding. The government consents to this request. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Daniel Nessim, Esq.

The sentencing is adjourned to March 18, 2021, at 11:00 a.m. The defendant's sentencing submission is due by February 25, 2021, the government's submission is due by March 4, 2021.

Dated: New York, New York
January 11, 2021

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.