# MICHAEL H. SPORN

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

January 21, 2021

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Leyvi Castillo
Ind. No 18 Cr 879 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that Mr. Castillo's conditions of release be modified to permit him to take a family vacation with his wife and three children in Kissimmee, Florida from February 12 to February 19. Neither the government nor the Pre Trial Services Office has any objection to this application. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Daniel Nessim, Esq.

**Application granted.**

**Dated: New York, New York**
**January 21, 2021**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.