**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

May 21, 2021

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Leyvi Castillo
Ind. No. 18 Cr. 879 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for June 3, 2021 be adjourned to a date in September that may be convenient to the Court. An adjournment to September should put us in a time frame where we all are comfortable in Court. Mr. Castillo is not in custody. In addition to continuing COVID concerns that appear just now to be beginning to be alleviated, as it happens, Mr. Castillo and his wife are expecting another child to be delivered in a few weeks. The due date is June 4, the day after our current date for sentencing. The government consents to this request. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Daniel Nessim, Esq.

**The sentencing is adjourned to September 17, 2021, at 10:00 a.m. The defense submissions are due by September 3, the government submissions are due by September 10.**

Dated: New York, New York
May 24, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.