**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

September 3, 2021

# MEMO ENDORSED

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Leyvi Castillo
Ind. No. 18 Cr. 879 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for September 17, 2021 be adjourned for approximately 45 days to a date that may be convenient to the Court. Mr. Castillo is not in custody. He would like to be present for the proceeding. The rise of the Covid Delta variant has renewed concerns about public gathering. Mr. Castillo has four young children including a 3-month old. Moreover, I was able to travel for a week that I did not anticipate, which put me behind for the filing deadline in this case. The government consents to this request. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Daniel Nessim, Esq.

**The sentencing is adjourned to October 22, 2021, at 10:00 a.m. The defense submissions are due by October 1, the government submissions are due by October 8. There will be no further requests for adjournments granted.**

**Dated: New York, New York**
**September 8, 2021**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.