**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

mhsporn@gmail.com

FACSIMILE
(212) 791-3047

October 1, 2021

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re: United States v. Leyvi Castillo
Ind. No. 18 Cr. 879 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for Friday, October 22, 2021 be adjourned to a date that may be convenient to the Court during the following week of October 25. We are on track with the briefing schedule that calls for our submission today. I only ask for a brief rescheduling of the actual sentencing date for a specific reason. I expect to be on the West Coast during the week of October 18 for the imminent birth of a grandchild. I have a return flight on October 23 and can be available on Monday, October 25 or any day that week. I embrace the idea that we should not further postpone sentencing. I would not ask without what I regard to be a valid reason, and I would hope that sentencing a few days later than anticipated does not undermine the Court's desire, shared by both parties, to bring this matter to a conclusion. The government consents to this request. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

**The sentencing is adjourned to October 28 at 3:30 p.m.**

MHS/ss
Cc: Daniel Nessim, Esq.

**Dated: New York, New York**
**October 1, 2021**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.