UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v - | : | <u>ORDER</u> |
| LEYVI CASTILLO, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The sentencing of the defendant is adjourned to October 27, 2021, at 4:30 p.m.

Dated: New York, New York
        October 4, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.