UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | ORDER |
| LEYVI CASTILLO, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court having received defendant's letter dated today requesting an extension of his surrender date [Doc. No. 368],

IT IS HEREBY ORDERED that the defendant shall surrender to the designated facility on or before January 14, 2022.

Dated: New York, New York
December 8, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.