# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD
BAYSIDE, NEW YORK 11361

**MEMO ENDORSED**

September 20, 2023

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Leyvi Castillo
    Ind. No. 18 CR 879 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that your Honor authorize the release of Mr. Castillo's passport by the Pre-Trial Services Office. He has completed serving his sentence imposed on October 27, 2021, and his case is closed. The government has no objection. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn
*Digitally signed by Michael Sporn*
*Date: 2023.09.20 16:07:46 -04'00'*

Michael H. Sporn

MHS/ss
Cc: Daniel Nessim, Esq. (by email)

*Request granted.*
*Dated: New York, New York*
*September 20, 2023*

[Signature]
U.S.D.J.